UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
Eugene Head

CASE NO. 09-51691
CHAPTER 13
HONORABLE

Debtor.

_____/

**Richard F. Nahabedian**

Attorney for Debtor
29777 Telegraph
Suite 2447
Southfield, MI 48034
(248) 352-4050
Email: richnaha.1@juno.com

Jeffrey D. Thav (P63126)
Thav & Ryke, P.L.L.C..
29200 Northwestern Hwy., Ste. 155
Southfield, MI 48034
(248) 945-1111
Email: jthav@thavandryke.com

_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO _HOME SOLUTIONS PROPERTIES, LLC.**

Home Solutions Properties, LLC filed its Motion for Relief from the Automatic Stay and for Waiver of the Provisions of FRBP 4001 (a) (3); no parties filed an objection to said Motion pursuant to the Notice of Motion; and the Certificate of No Response has been filed in this matter:

IT IS ORDERED that:

1.) The Automatic Stay of 11 U.S.C. § 362 (a) is terminated effective upon entry of this Order as to the property located at 14451 Wilshire, Detroit MI 48205.

2.) This Court finds that Rule 4001 (a) (3) of the Federal Rules of Bankruptcy Procedure is waived and Home Solutions Properties, LLC may immediately enforce and implement this Order.

3.) The Creditor is free to pursue its state law remedies with respect to its interest in the subject property.

4.) This Court shall retain jurisdiction over all matters relating to enforcement of this Order.